IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROGAN YARDLEY RAYMOND,<br><br>Defendant. | Cause No. CR 14-37-BLG-SPW<br><br><br>ORDER |

On March 23, 2021, Defendant Raymond moved the Court to correct his 108-month prison sentence to reflect a statement at the sentencing hearing regarding credit for 232 days served before sentencing. *See* Mot. (Doc. 54) at 1. This time was discussed at sentencing, *see* Sentencing Tr. (Doc. 50) at 9:19–23, 17:16–22, and is reflected in both the minute entry and the docket text referring to the judgment. *See* Minutes (Doc. 28); Judgment (Doc. 30) (docket text). It is not reflected in the judgment. *See* Judgment (Doc. 30) at 2.

On March 30, 2021, the Court advised the United States it was considering correcting the judgment to impose a sentence of 100 months, rather than 108 months, to account for the 232 days discussed at sentencing. *See* Order (doc. 55) at 1–2; Fed. R. Crim. P. 36. The United States agrees the correction is appropriate. *See* U.S. Resp. (Doc. 56) at 1.

1

Accordingly, IT IS ORDERED:

1. Raymond's motion to clarify the sentence (Doc. 54) is GRANTED.

2. Pursuant to Federal Rule of Criminal Procedure 36, the Court will enter a corrected judgment reducing the term of imprisonment from 108 months to 100 months, consecutive to any sentence imposed by the State of Montana. In all other respects, the judgment will remain unchanged.

DATED this 15th day of April, 2021.

Susan P. Watters
United States District Court